```
 1 │ LAURA E. DUFFY
   │ United States Attorney
 2 │ WYNNE D. SPADAFORA
   │ Special Assistant United States Attorney
 3 │ California State Bar No. 148161
   │ Federal Office Building
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 557-6775
   │ Email: Wynne.Spadafora@usdoj.gov
 6 │
 7 │ Attorneys for Plaintiff
   │ United States of America
 8 │
 9 │                 UNITED STATES DISTRICT COURT
10 │                SOUTHERN DISTRICT OF CALIFORNIA
11 │ UNITED STATES OF AMERICA,   )  Case No.  92MJ1018
   │                             )
12 │            Plaintiff,       )  NOTICE OF APPEARANCE
   │     v.                      )
13 │                             )
   │ ARVIND SINHA,               )
14 │                             )
   │                             )
15 │            Defendant.       )
   │ ────────────────────────────)
16 │
17 │ TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
18 │     I, the undersigned attorney, enter my appearance as lead
19 │ counsel for the United States in the above-captioned case. I
20 │ certify that I am admitted to practice in this court or
21 │ authorized to practice under CivLR 83.3.c.3-4.
22 │     The following government attorneys (who are admitted to
23 │ practice in this court or authorized to practice under CivLR
24 │ 83.3.c.3-4) are also associated with this case, should be listed
25 │ as lead counsel for CM/ECF purposes, and should receive all
26 │ Notices of Electronic Filings relating to activity in this case:
27 │     Name
28 │     None.
```

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: September 16, 2011.

          LAURA E. DUFFY
          United States Attorney


          s/ *Wynne D. Spadafora*
          WYNNE D. SPADAFORA
          Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 92MJ1018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ARVIND SINHA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Wynne D. Spadafora, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance and this Certificate of Service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

None.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2011.

s/ *Wynne D. Spadafora*
WYNNE D. SPADAFORA
Special Assistant U.S. Attorney