```
 1  LAURA E. DUFFY
    United States Attorney
 2  WYNNE D. SPADAFORA
    Special Assistant United States Attorney
 3  California State Bar No. 148161
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6775

 6  Attorneys for Plaintiff
    United States of America
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 92MJ1018 |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S MOTION TO<br>) DISMISS COMPLAINT AND<br>) RECALL ARREST WARRANT |
| ARVIND SINHA, | ) |
| Defendant. | ) |

COMES NOW the Plaintiff, United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Wynne D. Spadafora, Special Assistant United States Attorney, and hereby requests leave of this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the complaint in the above-captioned case, and further requests that the Court cancel the unexecuted arrest warrant in the above-captioned case.

DATED: September 16, 2011.

Respectfully submitted,
LAURA E. DUFFY
United States Attorney

s/ *Wynne D. Spadafora*
WYNNE D. SPADAFORA
Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 92MJ1018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ARVIND SINHA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Wynne D. Spadafora, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Government's Motion to Dismiss Complaint and Recall Arrest Warrant** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2011.

s/ *Wynne D. Spadafora*
WYNNE D. SPADAFORA
Special Assistant U.S. Attorney